UNITED STATES of America,
Plaintiff–Appellee

v.

David BAZA, Defendant–Appellant.

No. 12–41308

Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 15, 2014.

Traci Lynne Kenner, Assistant U.S. Attorney, U.S. Attorney's Office, Tyler, TX,

Heather Harris Rattan, Esq., Assistant U.S. Attorney, U.S. Attorney's Office, Plano, TX, for United States of America.

Louis Charles Van Cleef, Van Cleef Law Office, Longview, TX, for David Basa.

David Baza, Philipsburg, PA, pro se.

Before KING, JOLLY, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent David Baza has moved for leave to withdraw and has filed briefs in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Baza has filed responses. We have reviewed counsel's briefs and the relevant portions of the record reflected therein, as well as Baza's responses. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.